UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
FRIDA SCHLESINGER,
    *Individually and on behalf of all others*
    *similarly situated,*

                    Plaintiff,              JUDGMENT

        - against -                          18-cv-0226 (BMC)

JZANUS LTD. and JOHN DOES 1-25,

                    Defendants.
---------------------------------------------------------------- X
ARTHUR BELIN,
                  Plaintiff,

        - against -                          17-cv-3648 (BMC)

JZANUS LTD.,

                  Defendant.
---------------------------------------------------------------- X
VICTOR KIM, Individually and on behalf of all others
similarly situated, also known as Viktor Kim,        18-cv-0897 (BMC)
                  Plaintiff,

    - against –

JZANUS LTD. and JOHN DOES 1-25,

                  Defendants.
---------------------------------------------------------------- X
MIRIAM KLEIN, Individually and on behalf of all others
similarly situated,                                          17-cv-5163 (BMC)
                  Plaintiff,

    - against –

JZANUS LTD.,

                  Defendant.
---------------------------------------------------------------- X

        A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on May 24, 2018, granting Defendant's motion to dismiss – [13] in 17-cv-3648 and [12] in 18-cv-0226 –; pursuant to the Order of consolidation, dismissing case 18-cv-0897 and 17-cv-5163; it is

ORDERED and ADJUDGED that the Defendant's motion to dismiss – [13] in 17-cv-3648 and [12] in 18-cv-0226 – is granted; and that pursuant to the Order of consolidation case 18-cv-0897 and 17-cv-5163 is dismissed.

Dated: Brooklyn, NY  
May 29, 2018

Douglas C. Palmer  
Clerk of Court

By:   /s/*Jalitza Poveda*  
Deputy Clerk